# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2020

161682 & (57)(58)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PREYDE ONE, LLC,
      Plaintiff-Appellant,

v

HOFFMAN CONSULTANTS, LLC,
      Defendant-Appellee,

and

GLASERS LUMBER and CONSOLIDATED
BUILDING SYSTEMS, INC.,
      Defendants.
_____/

SC: 161682
COA: 346192
Ingham CC: 18-000003-CB

      On order of the Court, the application for leave to appeal the February 25, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for immediate consideration of the motion for stay of proceedings is GRANTED, and the motion to stay is DENIED as moot.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2020



Clerk

a0922